UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jakobi Blackwell,<br><br>          Plaintiff,<br><br>     v.<br><br>Sgt. Perez, *et al.*,<br><br>          Defendants. | Case No. 2:25-cv-00951-JAD-EJY<br><br>**ORDER** |

Plaintiff is no longer at the address on file with the Court (ECF No. 3) and has failed to file his updated address as required under U.S. District Court for the District of Nevada Local Rule IA 3-1. This Rule states *pro se* parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id.* Failure of a *pro se* party to update his address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

Accordingly, IT IS HEREBY ORDERED that no later than **July 11, 2025**, Plaintiff must file an updated address with the Court.

IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this case without prejudice.

DATED this 11th day of June, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE